McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CONVEY,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | Case No. 2:05-CV-01579-CMK<br><br>**STIPULATION AND ORDER OF REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)** |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that this case will be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g). The recording of the administrative hearing, which was held on July 9, 2004, is blank. Upon receipt of the Court's order of remand, the Appeals Council will remand the case to an Administrative Law Judge for reconstruction of the administrative record. The Administrative Law Judge will then hold a *de novo* hearing and issue a new decision.

   The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes

///

///

**Stip&Order - Sentence Six Rem 2:05-cv-01579**         **1**

1 counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing
2 password, pursuant to Local Rule 7-131
3
4 DATED: January 30, 2006          /s/ Bruce J. Hagel
                                   BRUCE J. HAGEL
5                                  Attorney for Plaintiff
6
7 DATED: February 1, 2006          McGREGOR W. SCOTT
                                   United States Attorney
8
9                          By:  /s/ Bobbie J. Montoya
                                BOBBIE J. MONTOYA
                                Assistant U. S. Attorney
10
                                Attorneys for Defendant
11
12 OF COUNSEL:
13 LUCILLE GONZALES MEIS
   Chief Counsel, Region IX
14
   MICHAEL J. CABOTAJE
15  Assistant Regional Counsel

16  Office of the General Counsel
    U. S. Social Security Administration
17
18
19
20
21
22
23
24
25
26
27
28  **Stip&Order - Sentence Six Rem 2:05-cv-01579**          **2**

_____oOo_____

### ORDER

For good cause shown, <u>CONVEY v. BARNHART</u> (Case No. 2:05-CV-01579-CMK) is hereby REMANDED under sentence six of 42 U.S.C. § 405(g), pursuant to the stipulation of the parties.

SO ORDERED.

DATED:   February 6, 2006.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

**Stip&Order - Sentence Six Rem 2:05-cv-01579**     **3**